UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCES ERVING AND JOHNNIE ERVING

      Plaintiff,

-against-

SAXON MORTGAGE SERVICES, INC., et al.

      Defendant.

1:12 cv 8992   ( ALC )

MOTION FOR ADMISSION
PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I **Brad E. Seidel**, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for **Plaintiffs** in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of **Texas and Arkansas** and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:              Respectfully Submitted,

_/s/ Brad Seidel_

Applicant Signature

Applicant's Name: **Brad E. Seidel**

Firm Name: **Nix, Patterson & Roach, LLP**

Address: **3600 N. Capital of Texas Hwy., Bldg. B, Ste. 350**

City / State / Zip: **Austin, TX 78746**

Telephone / Fax: **(512) 328-5333 / (512) 328-5335**

E-Mail: **bseidel@npraustin.com**

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, **BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Brad Edward Seidel**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 6th day of November, 1998.

I further certify that the records of this office show that, as of this date

**Brad Edward Seidel**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 19th day of December, 2012.

BLAKE HAWTHORNE, Clerk

by /s/ Blanca E. Valdez

Blanca E. Valdez, Deputy Clerk

No. 121912E

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

__EASTERN and WESTERN__   DISTRICT OF   __ARKANSAS__

**CERTIFICATE OF
GOOD STANDING**

*I,* __James W. McCormack__ *, Clerk of this Court,*

*certify that* __Brad E. Seidel__ *, Bar #* __24008008__ *,*

*was duly admitted to practice in this Court on*

__7/25/2008__
DATE
*, and is in good standing*

*as a member of the Bar of this Court.*

*Dated at* __Little Rock, Arkansas__ *on* __12/17/2012__ *.*
LOCATION                                          DATE

**JAMES W. McCORMACK**
CLERK

DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCES ERVING AND JOHNNIE ERVING    Plaintiff,

-against-

SAXON MORTGAGE SERVICES, INC., et al    Defendant.

1:12cv 8992    ( ALC )

ORDER FOR ADMISSION
PRO HAC VICE

The motion of __Brad E. Seidel__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Texas and Arkansas__; and that his/her contact information is as follows (please print):

Applicant's Name: __Brad E. Seidel__

Firm Name: __Nix, Patterson & Roach, LLP__

Address: __3600 N. Capital of Texas Hwy., Bldg. B, Ste. 350__

City / State / Zip: __Austin, TX 78746__

Telephone / Fax: __(512) 328-5333 / (512) 328-5335__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Plaintiffs__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____    _____
                                United States District / Magistrate Judge