**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FRANCES ERVING and JOHNNIE
ERVING                                  Plaintiff,

                                                          1:12 cv 8992_____ ( ALC)

                    -against-

SAXON MORTGAGE SERVICES, INC., et al.                      **MOTION FOR ADMISSION**
                                        Defendant.         **PRO HAC VICE**

            Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern

Districts of New York, I ___Christopher R. Johnson_____, hereby move this Court

for an Order for admission to practice Pro Hac Vice to appear as counsel for

___Plaintiffs_____ in the above-captioned action.

         I am in good standing of the bar(s) of the state(s) of

_____Texas and Louisiana_____ and there are no pending disciplinary proceedings against

me in any state or federal court.

Dated:                                         Respectfully Submitted,

                                         _____
                                         Applicant Signature

                                         Applicant's Name: __Christopher R. Johnson_____

                                         Firm Name: __Nix, Patterson & Roach, LLP_____

                                         Address: 3600 N. Capital of TX Hwy., Bldg. B, Suite 350

                                         City / State / Zip: _Austin, TX 78746_____

                                         Telephone / Fax: __512-328-5333/ 512-328-5335___

                                         E-Mail: _cjohnson@npraustin.com_____

UNITED STATES DISTRICT COURT
__SOUTHERN DISTRICT OF NEW YORK__

FRANCES ERVING and JOHNNIE
ERVING                          Plaintiff,

                   -against-

SAXON MORTGAGE SERVICES,
INC., et al.                    Defendant.

1:12cv  8992  ( ALC)

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of ___Christopher R. Johnson___, for admission to

practice Pro Hac Vice in the above captioned action is granted.

Applicant  has declared that he/she is a member  in good standing of the bar(s) of the state(s) of

___Texas and Louisiana___; and that his/her contact information is as follows

(please print):

Applicant's Name:  ___Christopher R. Johnson___

Firm Name:  ___Nix, Patterson & Roach, LLP___

Address:  ___3600 N. Capital of TX Hwy., Bldg. B, Suite 350___

City / State / Zip:  ___Austin, TX 78746___

Telephone / Fax:  ___512-328-5333/ 512-328-5335___

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

___Plaintiffs___ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.

Dated:_____          _____

                                    United States District / Magistrate Judge

# EXHIBIT A

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

=========

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana,

do hereby certify that

### *CHRISTOPHER ROBERT JOHNSON ESQ., #26351*

was duly admitted and licensed to practice as an attorney and counselor at law in this Court

and the several courts of the State of Louisiana, on the 22nd Day of October, 1999 A.D.; and is

currently in good standing, and sufficiently qualified to perform the duties of an attorney and

counselor at law.

IN WITNESS WHEREOF, I hereunto sign
my name and affix the  seal of this Court, at
the City of New Orleans, this the 16th Day of
January, 2013, A.D.

**Clerk of Court**
**Supreme Court of Louisiana**

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Christopher Robert Johnson**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 7th day of April, 2005.

I further certify that the records of this office show that, as of this date

**Christopher Robert Johnson**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 22nd day of January, 2013.
BLAKE HAWTHORNE, Clerk

by _Brad Sonego_

Brad Sonego, Deputy Clerk

No. 0122E

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.