


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-8-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCES ERVING and JOHNNIE ERVING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>SAXON MORTGAGE SERVICES, INC., et al.<br><br>Defendants. | Civil Action No. 1:12-cv-8992-ALC-HBP<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Plaintiffs and Defendants Morgan Stanley, Saxon Mortgage Services, Inc. ("Saxon"), and Ocwen Financial Corp. ("Ocwen"), as follows:

1. Defendant Saxon, which has not yet been served in this action, agrees to waive service of the Summons and Complaint as of February 1, 2013, in consideration of Plaintiffs' agreement that Saxon shall have until March 4, 2013, to answer or otherwise respond to the Complaint.

2. Defendants Morgan Stanley (the indirect parent company of Saxon) and Ocwen shall also have until March 4, 2013, in which to answer or otherwise respond to the Complaint.

3. Although Defendants Morgan Stanley and Ocwen previously obtained an extension of their time to respond to the Complaint until February 8, 2013, this Stipulation and Proposed Order does not affect any other scheduled dates in this action. By Stipulation and Order dated January 7, 2013, the time within which Defendants Assurant, Inc. and American Security Insurance Company must answer or otherwise respond to the Complaint is already

March 4, 2013. Thus, the effect of this Stipulation and Order will be to coordinate the response date of all Defendants to the action.

Dated: February 4, 2013

DEALY & SILBERSTEIN, LLP

By: _____
Milo Silberstein
225 Broadway, Suite 1405
New York, NY 10007
Tel: 212.385.0066
Fax: 212.385.2117

*Attorneys for Plaintiffs*

BINGHAM MCCUTCHEN LLP

By: _____
Mary Gail Gearns (MG 5940)
Robert C. Stillwell (RS 5271)
399 Park Avenue
New York, NY 10022-4689
212.705.7000

*Attorneys for Defendants Morgan Stanley and Saxon Mortgage Services, Inc.*

DYKEMA GOSSETT PLLC

By: _____
Richard E. Gottlieb (RG 0935)
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
312-876-1700
*Attorneys for Defendant Ocwen Financial Corp.*

SO ORDERED:

_____
United States District Judge  2-8-13