UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
Frances Erving, et al.
       Plaintiff,  Case No. 12 CV 8992

  -against-
Saxon Mortgages Services, Inc.
et al.
       Defendant.
-------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending   [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Milo Silberstein**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: MS4637  My State Bar Number is 2814382

I am,
[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM: FIRM NAME: Dealy & Silberstein, LLP
     FIRM ADDRESS: 225 Broadway, Suite 1405, New York, NY 10007
     FIRM TELEPHONE NUMBER: (212) 385-0066
     FIRM FAX NUMBER: (212) 385-2117

NEW FIRM: FIRM NAME: Dealy Silberstein & Braverman, LLP
     FIRM ADDRESS: 225 Broadway, Suite 1405, New York, NY 10007
     FIRM TELEPHONE NUMBER: (212) 385-0066
     FIRM FAX NUMBER: (212) 385-2117

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 2/11/2013

            ATTORNEY'S SIGNATURE