UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCES ERVING and JOHNNIE ERVING       Plaintiff,

-against-

SAXON MORTGAGE SERVICES, INC., et al.   Defendant.

1:12cv 8992      ( ALC )

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of __Shannon O. Lack Braden__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Pennsylvania and New Jersey__; and that his/her contact information is as follows (please print):

Applicant's Name: __Shannon O. Lack Braden__

Firm Name: __Kessler Topaz Meltzer & Check, LLP__

Address: __280 King of Prussia Road__

City / State / Zip: __Radnor, PA  19087__

Telephone / Fax: __610-667-7706 / 610-667-7056__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Plaintiffs__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: __3-6-13__

_____
United States ~~District~~ / Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/6/13__