**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/13**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

FRANCES ERVING, AND JOHNNIE ERVING,
individually and on behalf of all others similarly
situated,

                     Plaintiff,

              v.

SAXON MORTGAGE SERVICES, INC.,
MORGAN STANLEY, OCWEN FINANCIAL
CORP., ASSURANT, INC., AMERICAN
SECURITY INSURANCE COMPANY, and
JOHN DOES 1-10,

                     Defendants.

---------------------------------------------------------------x

Case 1:12-cv-08992-ALC-HBP

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of Fredrick S. Levin for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of Michigan, Illinois and California; and that his contact information is as follows:

| | |
|---:|:---|
| Applicant's Name: | Fredrick S. Levin |
| Firm Name: | Dykema Gossett PLLC |
| Address: | 400 Renaissance Center |
| City / State / Zip | Detroit, Michigan  48243 |
| Telephone / Fax | 313-568-5372 (phone) |
| | 855-246-2128 (fax) |
| E-Mail: | flevin@dykema.com |

Applicant having requested admission Pro Hac Vice for all purposes as counsel for defendant Ocwen Financial Corporation in the above captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: 3-6-13

_____
United States ~~District~~/Magistrate Judge