UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCES ERVING AND JOHNNIE ERVING

Plaintiff,

-against-

SAXON MORTGAGE SERVICES, INC., et al.

Defendant.

1:12 cv 8992     (ALC  )

MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I __Peter H. LeVan, Jr._____, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __Plaintiffs_____ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __Pennsylvania and New Jersey_____ and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: 12/14/12

Respectfully Submitted,

*Peter H. LeVan, Jr.*

Applicant Signature

Applicant's Name: Peter H. LeVan, Jr.

Firm Name: Kessler Topaz Meltzer & Check, LLP

Address: 280 King of Prussia Road

City / State / Zip: Radnor, PA 19087

Telephone / Fax: 610-667-7706 / 610-667-7056

E-Mail: plevan@ktmc.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/13

PURSUANT TO THE ATTACHED LETTER, THIS MOTION IS WITHDRAWN

SO ORDERED

HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
3-7-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCES ERVING AND JOHNNIE ERVING   Plaintiff,

-against-

SAXON MORTGAGE SERVICES, Defendant.
et al.

1:12cv 8992    ( ALC )

ORDER FOR ADMISSION
PRO HAC VICE

The motion of Peter H. LeVan, Jr._____, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

Pennsylvania and New Jersey_____; and that his/her contact information is as follows (please print):

Applicant's Name: Peter H. LeVan, Jr.

Firm Name: Kessler Topaz Meltzer & Check, LLP

Address: 280 King of Prussia Road

City / State / Zip: Radnor, PA  19087

Telephone / Fax: 610-667-7706 / 610-667-7056

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for
Plaintiffs
_____ in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____          _____

United States District / Magistrate Judge

# DEALY SILBERSTEIN & BRAVERMAN, LLP
ATTORNEYS AT LAW
225 Broadway, Suite 1405
New York, New York 10007
Telephone: (212) 385-0066 * Telefax: (212) 385-2117

March 5, 2013

**VIA HAND DELIVERY**

The Honorable Henry Pitman
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 18A
New York, New York 10007

      Re:    Erving, et. al. v. Saxon Mortgage Services, Inc., et. al.
              Case No.: 12-CV-8992

Dear Judge Pitman:

    This firm represents the Plaintiffs in connection with the referenced matter.

    Currently pending before the Court are three (3) Motions for Admission Pro Hac Vice filed by Kessler Topaz Meltzer & Check, LLP on behalf of Peter H. LeVan, Jr., Esq., Shannon O. Lack Braden, Esq. and Tyler S. Graden, Esq. However, Peter H. LeVan, Jr., Esq. has since separated from Kessler Topaz Meltzer & Check, LLP. We therefore respectfully request to withdraw Mr. LeVan's Motion for Admission Pro Hac Vice. We request no changes to the pending motions on behalf of Shannon O. Lack Braden, Esq. and Tyler S. Graden, Esq.

                                            Respectfully submitted,

                                            Milo Silberstein

cc:    All counsel of record