# MEMO ENDORSED



**KESSLERTOPAZ**
**MELTZERCHECK** LLP
ATTORNEYS AT LAW



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-11-13

March 7, 2013



RECEIVED
MAR 07 2013
ANDREW L. CARTER, JR.
U.S. DISTRICT JUDGE
S.D.N.Y.

**Electronic Mail and First Class Mail**

Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    RE:    ***Erving, et al. v. Saxon Mortgage Services, Inc., et al.***
             Case No. 1:12-cv-08992-ALC-HBP
             <u>Defendants' Request for Pre-Motion Conference</u>

Dear Judge Carter:

    We represent Plaintiffs in the above-referenced case. With respect to Defendants' request for a pre-motion conference in connection with their intention to file motions to dismiss Plaintiffs' Complaint, Plaintiffs hereby advise the Court and Defendants that Plaintiffs intend to file an Amended Complaint which will include additional facts supporting Plaintiffs' allegations and may include additional causes of action against one or more of the Defendants. Should the Court wish to set a deadline for Plaintiffs to file the Amended Complaint without holding a pre-motion conference at this time, then Plaintiffs request permission to have until April 8, 2013 to file their Amended Complaint. Thereafter, if the Defendants still decide to file motions to dismiss, Plaintiffs will respond substantively to all arguments asserted by Defendants. Plaintiffs' counsel note that in other cases involving these same defendants or similarly situated defendants, the plaintiffs have prevailed with respect to the same types of arguments set forth in the Defendants' letters requesting the pre-motion conference.

The application is ✓ granted.
                denied.

*/s/ Andrew L. Carter Jr.*
Andrew L. Carter Jr, U.S.D.J.
Dated: March 11, 2013
       NY, New York

Respectfully submitted,

*/s/ Edward W. Ciolko* (PM)
Edward W. Ciolko
Counsel for Plaintiffs

cc:    All Counsel of Record

280 King of Prussia Road, Radnor, Pennsylvania 19087  T. 610-667-7706  F. 610-667-7056  info@ktmc.com
One Sansome Street, Suite 1850, San Francisco, California 94104  T. 415-400-3000  F. 415-400-3001  info@ktmc.com
WWW.KTMC.COM

