UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCES ERVING and JOHNNIE ERVING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>SAXON MORTGAGE SERVICES, INC., et al.<br><br>Defendants. | Civil Action No. 1:12-cv-8992-ALC-HBP<br><br>STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR MOTIONS TO DISMISS |

WHEREAS Plaintiffs Frances Erving and Johnnie Erving ("Plaintiffs") filed a Complaint against Defendants Saxon Mortgage Services, Inc., Morgan Stanley, Ocwen Financial Corp., Assurant, Inc., and American Security Insurance Company (the "Original Defendants") in the above-captioned action on or about December 10, 2012;and

WHEREAS, on March 4, 2013, each of the Original Defendants submitted a letter to the Court and requesting a pre-motion conference in connection with anticipated motions to dismiss the Complaint; and

WHEREAS, on March 7, 2013, Plaintiffs submitted a letter to the Court advising the Court of Plaintiffs' intention to file an amended complaint on or before April 8, 2013, and the Court endorsed Plaintiffs' letter; and

WHEREAS, on April 8, 2013, Plaintiffs filed a First Amended Class Action Complaint (the "Amended Complaint") against each of the Original Defendants and named as an additional defendant Ocwen Loan Servicing, LLC ("OLS") (collectively, the "Defendant(s)"); and



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4-25-13



RECEIVED
APR 25 2013
ANDREW L. CARTER, JR.
U.S. DISTRICT JUDGE
S.D.N.Y.

WHEREAS, on April 10, 2013, the Amended Complaint was served on each of the Original Defendants by electronic means via the CM/ECF system; and

WHEREAS, each of the Defendants intends to file a motion to dismiss the Amended Complaint; and

WHEREAS, counsel for Plaintiffs and Defendants have agreed to a briefing schedule for the contemplated motions to dismiss that will not affect any other scheduled dates in this action, and no prior requests for an extension of these dates has been made;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the parties, as follows:

1. Each Defendant shall have until Friday, May 24, 2013, to move against or otherwise respond to the Amended Complaint.

2. Plaintiffs shall have until Monday, July 1, 2013, to file their papers in opposition to any motion to dismiss filed by one of more of the Defendants.

3. Each Defendant shall have until Monday, July 22, 2013, to file reply papers in further support of its motion to dismiss the Amended Complaint, if any.

4. Defendant OLS, by undersigned counsel, agrees to accept service of the Amended Complaint and, as such, will not assert the existence of service defects based upon Fed. R. Civ. P. 12(b)(4) and (5). Defendant OLS reserves all other rights and defenses.

Dated:  April 25, 2013

| | |
|---|---|
| **KESSLER TOPAZ**<br>**MELTZER & CHECK, LLP**<br><br>By: _/s/ Tyler S. Graden_<br>Peter A. Muhic<br>Edward W. Ciolko<br>Tyler S. Graden<br>Shannon O. Braden<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056<br><br>*Attorneys for Plaintiffs* | **BINGHAM MCCUTCHEN LLP**<br><br>By:_____<br>Mary Gail Gearns<br>Robert C. Stillwell<br>399 Park Avenue<br>New York, NY 10022-4689<br>Telephone: 212.705.7000<br><br>*Attorneys for Defendants Saxon Mortgage Services, Inc. and Morgan Stanley* |
| **DEALY SILBERSTEIN &**<br>**BRAVERMAN, LLP**<br><br>By: _/s/ Milo Silberstein_<br>Milo Silberstein<br>225 Broadway, Suite 1405<br>New York, NY 10007<br>Telephone: 212.385.0066<br>Facsimile: 212.385.2117<br><br>*Attorneys for Plaintiffs* | **DYKEMA GOSSETT LLP**<br><br>By:_____<br>Fredrick S. Levin<br>400 Renaissance Center<br>Detroit, MI 48243<br>Telephone: 313.568.5372<br><br>*Attorneys for Defendants Ocwen Financial Corp. and Ocwen Loan Servicing, LLC* |
| **JORDEN BURT LLP**<br><br>By:_____<br>Frank G. Burt<br>W. Glenn Merten<br>Brian P. Perryman<br>1025 Thomas Jefferson Street, NW<br>Suite 400 East<br>Washington, DC 20007<br>Telephone: 202.965.8100<br>*Attorneys for Defendants Assurant, Inc. and American Security Insurance Company* | **SULLIVAN AND WORCESTER LLP**<br><br>By: _____<br>Andrew T. Solomon<br>Karen E. Abravanel<br>1633 Broadway<br>New York, NY 10019<br>Telephone: 212.660.3069<br><br>*Attorneys for Defendants Assurant, Inc. and American Security Insurance Company* |

Dated: April 25, 2013

| | |
|---|---|
| **KESSLER TOPAZ**<br>**MELTZER & CHECK, LLP** | **BINGHAM MCCUTCHEN LLP** |
| By:_____<br>Peter A. Muhic<br>Edward W. Ciolko<br>Tyler S. Graden<br>Shannon O. Braden<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056 | By: /s/ Mary Gail Gearns<br>Mary Gail Gearns<br>Robert C. Stillwell<br>399 Park Avenue<br>New York, NY 10022-4689<br>Telephone: 212.705.7000 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants Saxon Mortgage Services, Inc. and Morgan Stanley* |

| | |
|---|---|
| **DEALY SILBERSTEIN &**<br>**BRAVERMAN, LLP** | **DYKEMA GOSSETT LLP** |
| By:_____<br>Milo Silberstein<br>225 Broadway, Suite 1405<br>New York, NY 10007<br>Telephone: 212.385.0066<br>Facsimile: 212.385.2117 | By:_____<br>Fredrick S. Levin<br>400 Renaissance Center<br>Detroit, MI 48243<br>Telephone: 313.568.5372 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants Ocwen Financial Corp. and Ocwen Loan Servicing, LLC* |

| | |
|---|---|
| **JORDEN BURT LLP** | **SULLIVAN AND WORCESTER LLP** |
| By: /s/ Glenn Merten /RCS<br>Frank G. Burt<br>W. Glenn Merten<br>Brian P. Perryman<br>1025 Thomas Jefferson Street, NW<br>Suite 400 East<br>Washington, DC 20007<br>Telephone: 202.965.8100 | By: /s/ Andrew Solomon /RCS<br>Andrew T. Solomon<br>Karen E. Abravanel<br>1633 Broadway<br>New York, NY 10019<br>Telephone: 212.660.3069 |
| *Attorneys for Defendants Assurant, Inc. and American Security Insurance Company* | *Attorneys for Defendants Assurant, Inc. and American Security Insurance Company* |

Dated: April 25, 2013

| | |
|---|---|
| **KESSLER TOPAZ**<br>**MELTZER & CHECK, LLP** | **BINGHAM MCCUTCHEN LLP** |

By:_____
  Peter A. Muhic
  Edward W. Ciolko
  Tyler S. Graden
  Shannon O. Braden
  280 King of Prussia Road
  Radnor, PA  19087
  Telephone: (610) 667-7706
  Facsimile: (610) 667-7056

  *Attorneys for Plaintiffs*

**DEALY SILBERSTEIN &**
**BRAVERMAN, LLP**

By:_____
  Milo Silberstein
  225 Broadway, Suite 1405
  New York, NY  10007
  Telephone: 212.385.0066
  Facsimile: 212.385.2117

  *Attorneys for Plaintiffs*

**JORDEN BURT LLP**

By:_____
  Frank G. Burt
  W. Glenn Merten
  Brian P. Perryman
  1025 Thomas Jefferson Street, NW
  Suite 400 East
  Washington, DC 20007
  Telephone: 202.965.8100
  *Attorneys for Defendants Assurant, Inc.*
  *and American Security Insurance*
  *Company*

By:_____
  Mary Gail Gearns
  Robert C. Stillwell
  399 Park Avenue
  New York, NY  10022-4689
  Telephone: 212.705.7000

  *Attorneys for Defendants Saxon Mortgage*
  *Services, Inc. and Morgan Stanley*

**DYKEMA GOSSETT LLP**

By:_____
  Fredrick S. Levin
  400 Renaissance Center
  Detroit, MI 48243
  Telephone: 313.568.5372

  *Attorneys for Defendants Ocwen*
  *Financial Corp. and Ocwen Loan*
  *Servicing, LLC*

**SULLIVAN AND WORCESTER LLP**

By: _____
  Andrew T. Solomon
  Karen E. Abravanel
  1633 Broadway
  New York, NY 10019
  Telephone: 212.660.3069

  *Attorneys for Defendants Assurant, Inc.*
  *and American Security Insurance*
  *Company*

SO ORDERED:

_____
Andrew L. Carter, Jr.
United States District Judge   4-25-13