UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCES ERVING and JOHHNIE ERVING

    Plaintiff,

-against-

SAXON MORTGAGE SERVICES, INC., et al.

    Defendant.

1:12 cv 8992 ( ALC)

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I __Peter A. Muhic__, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __Plaintiffs__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __Pennsylvania and New Jersey__ and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: May 7, 2013

Respectfully Submitted,

_[signature]_

Applicant Signature

Applicant's Name: Peter A. Muhic

Firm Name: Kessler Topaz Meltzer & Check, LLP

Address: 280 King of Prussia Road

City / State / Zip: Radnor, PA 19087

Telephone / Fax: 610-667-7706 / 610-667-7056

E-Mail: pmuhic@ktmc.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCES ERVING and JOHNNIE
ERVING            Plaintiff,

-against-

SAXON MORTGAGE SERVICES, INC.,
et al.            Defendant.

1:12cv 8992    ( ALC)

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of __Peter A. Muhic__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Pennsylvania and New Jersey__; and that his/her contact information is as follows (please print):

Applicant's Name: __Peter A. Muhic__
Firm Name: __Kessler Topaz Meltzer & Check, LLP__
Address: __280 King of Prussia Road__
City / State / Zip: __Radnor, PA   19087__
Telephone / Fax: __610-667-7706 / 610-667-7056__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Plaintiffs__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____            _____

United States District / Magistrate Judge

# EXHIBIT A



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Peter Anthony Muhic, Esq.

#### DATE OF ADMISSION

December 2, 1994

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: April 30, 2013

John W. Person Jr., Esq.
Deputy Prothonotary

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **PETER A MUHIC**
*(No.* **041051994** *) was constituted and appointed an Attorney at Law of New Jersey on* **December 19, 1994** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this* **8TH** *day of* **April** *, 20* **13**.

*Clerk of the Supreme Court*

-453a-