UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCES ERVING and JOHHNIE ERVING

            Plaintiff,

-against-

SAXON MORTGAGE SERVICES, INC., et al.

            Defendant.

1:12 cv 8992 ( ALC)

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I ___Edward W. Ciolko___, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for ___Plaintiffs___ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of ___District of Columbia___ and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: May 7, 2013

Respectfully Submitted,

_[signature]_

Applicant Signature

Applicant's Name: Edward W. Ciolko

Firm Name: Kessler Topaz Meltzer & Check, LLP

Address: 280 King of Prussia Road

City / State / Zip: Radnor, PA 19087

Telephone / Fax: 610-667-7706 / 610-667-7056

E-Mail: eciolko@ktmc.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCES ERVING and JOHNNIE ERVING         Plaintiff,

-against-

SAXON MORTGAGE SERVICES, INC., et al.         Defendant.

1:12cv 8992 ( ALC)

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of __Edward W. Ciolko__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __District of Columbia__; and that his/her contact information is as follows (please print):

Applicant's Name: __Edward W. Ciolko__
Firm Name: __Kessler Topaz Meltzer & Check, LLP__
Address: __280 King of Prussia Road__
City / State / Zip: __Radnor, PA   19087__
Telephone / Fax: __610-667-7706 / 610-667-7056__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Plaintiffs__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____         _____
                                United States District / Magistrate Judge

# EXHIBIT A



# District of Columbia Court of Appeals
### Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D.C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## EDWARD CIOLKO

was on **DECEMBER 8, 2008,** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **May 3, 2013**.
>
> JULIO A. CASTILLO
> Clerk of the Court
>
> By: _____
> Deputy Clerk