UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCES ERVING and JOHNNIE
ERVING                    Plaintiff,

-against-

SAXON MORTGAGE SERVICES, INC.,
et al.                    Defendant.

1:12cv 8992   ( ALC)

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of _Peter A. Muhic_, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of _Pennsylvania and New Jersey_; and that his/her contact information is as follows (please print):

Applicant's Name: Peter A. Muhic
Firm Name: Kessler Topaz Meltzer & Check, LLP
Address: 280 King of Prussia Road
City / State / Zip: Radnor, PA 19087
Telephone / Fax: 610-667-7706 / 610-667-7056

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for _Plaintiffs_ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 5-8-13

_____
United States District / Magistrate Judge

RECEIVED
MAY - 8 2013
HENRY PITMAN
U.S.M.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/8/13