USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5-23-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCES ERVING and JOHNNIE ERVING, individually and on behalf of all others similarly situated,

    Plaintiffs,

-against-

SAXON MORTGAGE SERVICES, INC., et al.

    Defendants.

Civil Action No. 1:12-cv-8992-ALC-HBP

ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND

## ORDER

Upon the agreement of the parties, through their respective counsel, and the Court being fully advised in the premises, the parties' Stipulation is approved in its entirety.

IT IS SO ORDERED.

Dated: May 23, 2013

Judge Andrew L. Carter, Jr.
United States District Judge

DET01\1232143.1
ID\FSL - 100767\0021