IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

FRANCES ERVING, AND JOHNNIE ERVING, on behalf of themselves and all others similarly situated,
               Plaintiff,

v.

SAXON MORTGAGE SERVICES, INC., MORGAN STANLEY, OCWEN FINANCIAL CORP., OCWEN LOAN SERVICING, LLC, ASSURANT, INC., AMERICAN SECURITY INSURANCE COMPANY, and JOHN DOES 1-10,
               Defendants.

Case No. 1:12-cv-8992

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/13

## STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned and pursuant to Local Civil Rule 1.4, that the law firm BuckleySandler LLP hereby is substituted in place of the law firm Dykema Gossett PLLC as counsel of record for Defendants Ocwen Financial Corporation and Ocwen Loan Servicing, LLC in the above-captioned action.

A supporting declaration is attached hereto pursuant to Local Civil Rule 1.4.

. PLEASE TAKE NOTICE that all pleadings, notices of hearing, and other filings in this matter should be served upon the following Incoming counsel:

    Richard E. Gottlieb (rgottlieb@buckleysandler.com)
    Fredrick S. Levin (flevin@buckleysandler.com)
    BuckleySandler LLP
    100 Wilshire Boulevard, Suite 1000
    Santa Monica, CA 90401
    Tel.: (310) 424-3900
    Fax: (310) 424-3930

Dated: June 26, 2013

Respectfully Submitted

| | |
|---|---|
| BuckleySandler LLP | Dykema Gossett PLLC |
| By:/s/ Fredrick S. Levin | By:/s/ Dawn N. Williams |
| Fredrick S. Levin | Dawn N. Williams |
| 100 Wilshire Boulevard, Suite 1000 | 10 South Wacker Drive, Suite 2300 |
| Santa Monica, CA 90401 | Chicago, IL 60606 |
| Tel.: (310) 424-3900 | Tel.: (312) 627-2147 |
| Fax: (310) 424-3930 | Fax: (312) 876-1155 |
| *Incoming Attorney for Defendants Ocwen Financial Corporation and Ocwen Loan Servicing, LLC* | *Outgoing Attorney for Defendants Ocwen Financial Corporation and Ocwen Loan Servicing, LLC* |

SO ORDERED

_____
HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
7-30-13