UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCES ERVING and JOHNNIE ERVING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAXON MORTGAGE SERVICES, INC., MORGAN STANLEY, OCWEN FINANCIAL CORP., OCWEN LOAN SERVICING, LLC, ASSURANT, INC., AMERICAN SECURITY INSURANCE COMPANY, and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No. 1:12-cv-8992-ALC-HBP |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Frances Erving and Johnnie Erving hereby dismiss this action, without prejudice, as against all defendants.

Dated: August 6, 2013

Respectfully submitted,

DEALY SILBERSTEIN
& BRAVERMAN, LLP

*/s/ Milo Silberstein*

Milo Silberstein
225 Broadway, Suite 1405
New York, NY 10007
Tel: 212-385-0066
Fax: 212-385-2117

**KESSLER TOPAZ
 MELTZER & CHECK, LLP**
Edward W. Ciolko
Peter A. Muhic
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**NIX PATTERSON & ROACH, LLP**
Jeffery J. Angelovich
Michael B. Angelovich
Brad Seidel
Christopher R. Johnson205 Linda Drive
Daingerfield, TX 75638
Telephone: (903) 645-7333
Facsimile: (903) 645-4415

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all Counsel of record via Notices of Electronic Case Filing generated by ECF.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.